**CARDPOOL, INC., Plaintiff–Appellant,**

v.

**PLASTIC JUNGLE, INC., (now known as CardFlo, Inc.), Defendant–Appellee.**

No. 2013–1227.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2014.

Rehearing En Banc Denied April 29, 2014.

---

Edward A. Pennington, Smith, Gambrell & Russell, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were John P. Moy and Chadwick A. Jackson. Of counsel was James S. McDonald, Blackhawk Network, of Pleasanton, CA.

Marc Belloli, Feinberg Day Alberti Thompson, LLP, of Menlo Park, CA, argued for defendant-appellee. With him on the brief was M. Elizabeth Day. Of counsel on the brief was Andrew F. Pratt, Adduci, Mastriani, & Schaumberg, LLP, of Washington, DC.

RADER, Chief Judge, REYNA, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.